UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. :21-cr-00115-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| LINDSEY ALLISON KERNS, | ) |
|     Defendant | ) |
| | ) |

## MOTION TO CONTINUE

NOW COMES the Defendant, Linsey Allison Kerns, by and through her counsel of record, Thomas Amburgey, and respectfully moves this Court, to continue the above-captioned matter from December 29, 2021. In support of this motion, the defense shows the Court:

1. On December 28th, 2021, a Summons was issued to the above captioned Defendant to appear in Court at 2pm on December 29th in Ashville NC.

2. On the morning of December 28, 2021, Counsel was notified that the Defendant tested positive for COVID 19.

3. Counsel has spoken to AUSA, David Thorneloe, and Mr. Thorneloe does not object to this motion to continue.

WHEREFORE the Defendant respectfully prays the court:

Continue the case from December 29, 2021, to another day of court;

This the 28th day of December 2021.

                                                            *s/Thomas Amburgey*
                                                          Thomas Amburgey
                                                          N.C. Bar Number: 36588
                                                          22 S. Pack Square, Suite 1200
                                                          Asheville, North Carolina 28801
                                                          (828) 989-3210
                                                          thomas@ashevilledefense.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served the foregoing MOTION TO CONTINUE with the Clerk of Court using the CM/ECF system,

which will send notification of such filing to:

>David Thorneloe
>
>Assistant U.S. Attorney
>
>david.thorneloe@usdoj.gov

This the 28th day of December 2021.

>*s/Thomas Amburgey*
>Thomas Amburgey
>N.C. Bar Number: 36588
>22 S. Pack Square, Suite 1200
>Asheville, North Carolina 28801
>(828) 989-3210
>thomas@ashevilledefense.com