# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:21-cr-00115-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| LINDSEY ALLISON KERNS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Certain Property from the Consent Order and Judgment of Forfeiture [Doc. 20].

The Government requests that this Court dismiss certain property from the Consent Order and Judgment of Forfeiture, on the grounds that such property is no longer available for forfeiture. For good cause, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 20] is **GRANTED**, and the Court hereby dismisses the foregoing property from the Consent Order and Judgment of Forfeiture: **one 2019 Polaris utility vehicle, purchased on or about July 1, 2019**.

**IT IS SO ORDERED.**

Signed: July 9, 2022

Martin Reidinger
Chief United States District Judge